<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| GOKHAN POLAT,<br><br>    *Petitioner*,<br><br>  v.<br><br>SOTO, et al.,<br><br>    *Respondents*. | Civil Action No. 2:25-cv-16893<br><br>**ORDER**<br><br>December 17, 2025 |

**SEMPER**, District Judge.

    **THIS MATTER** having come before the Court upon the Petition of Gokhan Polat ("Petitioner") for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and the Court having considered the Petition (ECF No. 1), the Response (ECF No. 7), and all related submissions; and

    For the reasons set forth in the accompanying Opinion,

    **IT IS** on this 17 day of December, 2025,

    **ORDERED** that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

    **ORDERED** that Respondents shall release Petitioner Gokhan Polat from immigration detention within twenty-four (24) hours of the entry of this Order; and it is further

    **ORDERED** that Respondents shall immediately facilitate Petitioner's return to the District of New Jersey following his release; and it is further

    **ORDERED** that Respondents are permanently enjoined from rearresting, detaining, or otherwise restraining Petitioner pursuant to 8 U.S.C. § 1225(b); and it is further

**ORDERED** that Respondents shall not arrest, detain, or otherwise take Petitioner into custody under 8 U.S.C. § 1226(a) for a period of fourteen (14) days following his release, so as to ensure full effectuation of this Court's judgment and to prevent circumvention of the relief granted; and it is finally

**ORDERED** that the Clerk of Court shall close this case.

**SO ORDERED.**

/s/ Jamel K. Semper
**Hon. Jamel K. Semper**
**United States District Judge**

Dated: *December 17, 2025*