<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

GOKHAN POLAT,

      *Petitioner*,

    v.

SOTO, et al.,

      *Respondents*.

Civil Action No. 2:25-cv-16893

**ORDER**

December 30, 2025

**SEMPER**, District Judge.

    **THIS MATTER** comes before the Court on Petitioner Gokhan Polat's letter regarding the imposition of an electronic ankle monitoring device following his ordered release. (ECF No. 16.) The Court's prior Opinion and Order (ECF Nos. 14, 15) directed that Petitioner be restored to the position he occupied prior to DHS's unlawful detention, free from restraint, and enjoined Respondents from arresting or detaining him under 8 U.S.C. § 1226(a) for fourteen (14) days. The Court finds that electronic monitoring constitutes a form of custody and restraint inconsistent with that directive. *See Obado v. New Jersey*, 328 F.3d 716, 717 (3d Cir. 2003) ("The meaning of 'custody' … applies where individuals are subject both to 'significant restraints on liberty ... which were not shared by the public generally,' along with 'some type of continuing governmental supervision.'") (citing *Barry v. Bergen County Probation Dept.,* 128 F.3d 152, 160 (3d Cir.1997).

    **IT IS** on this 30th day of December, 2025,

**ORDERED** that Respondents shall immediately discontinue all electronic monitoring of Petitioner Gokhan Polat and shall take no action that imposes any form of detention, restraint, or supervision not in effect prior to DHS's unlawful detention; and it is further

**ORDERED** that this Supplemental Order shall remain in effect for the fourteen (14) day period following Petitioner's release as set forth in the Court's prior Order, during which Respondents are enjoined from arresting, detaining, or otherwise restricting Petitioner under 8 U.S.C. § 1226(a); and it is further

**ORDERED** that Respondents shall ensure that Petitioner is fully restored to the position he occupied prior to DHS's unlawful detention, free from any physical or electronic restraint inconsistent with the Court's prior Order.

**SO ORDERED**.

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper**
**United States District Judge**

Dated: December 30, 2025